Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT
for the

District of

Division

ZACHARY BIRD

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

MATTEO TAERRI AKA MAJTO TAERRI

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 8:20-cv-1404-T-35CPT
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  (Yes)   No
OR JUDICIAL

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ZACHARY BIRD
Street Address: 4003 S. RENELLIE DR.
City and County: TAMPA   HILLSBOROUGH
State and Zip Code: FLORIDA 33611
Telephone Number: 404 884 4835
614 207 8485

PA$400
6/17/2020

Page 1 of 6

TPAO61163

E-mail Address — ZACHBIRDMDA@YAHOO

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.    A.K.A. MATIO TAERR=

Defendant No. 1

Name   MATTEO   TAERRF  SS# 621704161

Job or Title (if known)   UNEMPLOYED

PRIVOS FL
LICENSE

Street Address   4003 S. Revellie Dr.

T600540653260 City and County   TAMPA   HILLSBOROUGH

State and Zip Code   FLORIDA

Telephone Number   202 306 9444

E-mail Address (if known)   MATTEO6768@YAHOO

P.O.A.   POWER OF ATTORNEY FOR MATTEO TAERRF

~~Defendant No. 2~~

Name   SAEID   AMINI

Job or Title (if known)   LAWYER

Street Address   LAW OFFICES OF SAEID AMINI

City and County   730 24TH ST. NW STE 1

State and Zip Code   WASHINGTON DC 20037-2543

Telephone Number   202-965-8887, 202-306-9444

E-mail Address (if known)   SBAJD98@YAHOO

Defendant No. 3

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

      Defendant No. 4

          Name

          Job or Title *(if known)*

          Street Address

          City and County

          State and Zip Code

          Telephone Number

          E-mail Address *(if known)*


## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A.    The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* ZACHARY BIRD, is a citizen of the State of *(name)* FLORIDA.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,

   and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.    The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* MATTEO TAERRI, is a citizen of the State of *(name)* FLORIDA. Or is a citizen of *(foreign nation)* USA, IRAN, CANADA

2. If the defendant is a corporation

The defendant, _____, is incorporated under
*(name)*

the laws of the State of _____, and has its
*(name)*

principal place of business in the State of _____.
*(name)*

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

OWNERSHIP - 24 40 26 P1 100A M/L GOVT LT2 LESS W660FT OF GOVT LT1  PARCEL: 402624 0000 3
75% OF APPRAISED VALUE 1.2 MILLION $900,000
OR TRANSFER OF 75% OWNERSHIP

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* ZACHARY BIRD, and the defendant,
*(name)* MATTEO PARRI, made an agreement or contract on
*(date)* MAY 2018. The agreement or contract was *(oral or written)* ORAL. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
SEE ATTACHED

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
DEFENDANT HAS REFUSED CONTACT, CORRESPONDANCE FOR 25 MONTHS - PROVIDING NOTHING AND IN COMPLETE BREACH OF CONTRACT. HIS LAWYERS DO NOT RESPOND.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

TRANSFER OF EXECUTORSHIP OF 119 ACRES PROPERTY BACK TO 2018 FORM SO A PROPER SALE OF 1.2 MILLION DOLLAR LAND CAN BE DONE. 75% PROCEEDS TO ZACHARY BIRD 25% PROCEEDS TO MATTEW TAEERI

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

be    I agree to provide the Clerk's Office with any changes to my address where case-related papers may served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-13-2020

Signature of Plaintiff
Printed Name of Plaintiff   ZACHARY BIRD

### B. For Attorneys

Date of signing:

Case 8:20-cv-01404-MSS-CPT   Document 1   Filed 06/17/20   Page 6 of 6 PageID 6

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

|  |  |
|---|---|
| Signature of Attorney | *Self Representation currently* |
| Printed Name of Attorney | |
| Bar Number | |
| Name of Law Firm | |
| Street Address | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address | |

Page 6 of 6